Mark D. Estle, SBN 135004
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Mark.Estle@BuckleyMadole.com

Attorney for Movant,
SFG Income Fund VI, LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>Syed Mudassir Shah<br><br>Debtors, | Case No. 13-52119-ASW<br>Chapter 13<br>RS No. MDE-1199<br><br>**MOTION FOR ORDER CONFIRMING NO STAY IS IN EFFECT AND FOR IN REM RELIEF FROM STAY AS TO ANY FUTURE FILINGS BY OR AGAINST DEBTOR AND INCLUDING A REQUEST FOR THE COURT TO MAINTAIN JURISDICTION NOTWITHSTANDING DISMISSAL OF THE CASE**<br><br>Hearing:<br>Date: May 8, 2013<br>Time: 2:30 pm<br>Place: Courtroom 3020 |

TO ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:

SFG Income Fund VI, LLC ("Movant") moves this Court for an Order confirming under 11 U.S.C. §362 (c)(4)(A) that no stay is in effect and for in rem relief from stay as to any future filings by or against Debtor under 11 U.S.C. §362 (d)(4) including for the Court to maintain jurisdiction notwithstanding dismissal of the case. Movant alleges:

1. Movant is a secured creditor holding a Note secured by a Deed of Trust covering the property commonly known as 2598 Glen Dundee Court, San Jose, CA 95148 (the "Property").

2. This motion is made based upon 11 U.S.C. §362 (c)(4)(A) in that two or more single or joint bankruptcy cases by Debtor were pending within the year preceding the petition date in this case.

3. The previously dismissed cases and the reasons for dismissal are: Case No. 12-56457, which was filed on August 31, 2012. It was dismissed on February 26, 2013 for Failure to Comply with the Court's Order Granting Motion to Extend Time. Then Debtor filed Case No. 13-51263, which was filed on March 5, 2013. It was dismissed on April 10, 2013 for Failure to Comply with the Court's Order Granting Motion to Extend Time. Two or more cases were pending and dismissed within one year of the current Chapter 13 petition filed on April 17, 2013.

4. On April 17, 2013, Debtor filed the instant case under Chapter 13 of the Bankruptcy Code.

5. Relief is appropriate under under 11 U.S.C. §362(c)(4)(A) because two or more single or joint cases filed by or against the Debtor were pending but dismissed within the year ending on the petition date in this case, and neither of the dismissed cases were cases refiled under a Chapter other than Chapter 13 after dismissal under 11 U.S.C. §707(b).

6. An order under 11 U.S.C. §362(c)(4)(A) confirming that no stay is in effect is necessary and appropriate because the stay does not go into effect and Movant desires to complete a foreclosure. An order will be required to do so.

7. Further, relief is appropriate under 11 U.S.C. §362 (d)(4) as to any future filings because Debtor's filing was part of a scheme to delay, hinder and defraud creditors that involve multiple bankruptcy filings affecting the Property.

WHEREFORE, Movant prays this Court issue an Order:

A. Confirming under 11 U.S.C. §362(c)(4)(A) that no stay is in effect.

B. That the order be binding and effective in any other case under the Bankruptcy Code purporting to affect the subject real property filed not then later two years after the date of the entry of this order, upon recording a copy of the order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law, except that a debtor in a subsequent case may move for relief from the order based upon cause shown after notice and hearing.

C. That the Court maintain jurisdiction to hear this matter and enter an order after hearing

notwithstanding a dismissal of the case.

     D. Movant shall be granted such other and further relief as this Court deems just and proper.

Dated: 4/24/2013                                       Respectfully Submitted,
                                                            Buckley Madole, P.C.

                                    By:    */s/ Mark D. Estle*
                                                MARK D. ESTLE
                                                Attorney for Movant