**DebtEd, TPL, DISMISSED**

## U.S. Bankruptcy Court
## Northern District of California (San Jose)
## Bankruptcy Petition #: 12-56457

| | |
|---|---|
| *Assigned to:* Judge Arthur S. Weissbrodt | *Date filed:* 08/31/2012 |
| Chapter 13 | *Debtor dismissed:* 02/26/2013 |
| Voluntary | *341 meeting:* 10/15/2012 |
| Asset | *Deadline for filing claims:* 01/14/2013 |

*Debtor*
**Syed Mudassir Shah**
2598 Glen Dundee Court
San Jose, CA 95148
SANTA CLARA-CA
SSN / ITIN: xxx-xx-7535

represented by **Syed Mudassir Shah**
PRO SE

*Trustee*
**Devin Derham-Burk**
P.O. Box 50013
San Jose, CA 95150-0013
(408) 354-4413

*U.S. Trustee*
**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004
( )

| Filing Date | # | Docket Text |
|---|---|---|
| 08/31/2012 | 1 (7 pgs) | Chapter 13 Voluntary Petition, Fee Amount $65.00. Filed by Syed Mudassir Shah . Section 521 Filings due by 10/15/2012. Order Meeting of Creditors due by 10/1/2012. Chapter 13 Plan due by 9/14/2012. (acr) . CORRECTIVE ENTRY: COURT TERMINATED INCOMPLETE FILINGS DUE DEADLINE AND REMOVED FROM DOCKET TEXT.Modified on 9/4/2012 (kd). (Entered: 08/31/2012) |
| 08/31/2012 | 2 | Statement of Social Security Number. Filed by Debtor Syed Mudassir Shah (acr) (Entered: 08/31/2012) |

**Exhibit 1**

| | | |
|---|---|---|
| 08/31/2012 | 3 (2 pgs) | Application to Pay Filing Fee in Installments Filed by Debtor Syed Mudassir Shah (acr). ERROR: ORDER ATTACHED IN ERROR. Modified on 9/4/2012 (kd). (Entered: 08/31/2012) |
| 08/31/2012 | 4 (2 pgs; 2 docs) | Order Granting Application To Pay Filing Fees In Installments. (Related Doc # 3). Second Installment Payment due by 10/1/2012. Third Installment Payment due by 10/30/2012. Final Installment Payment due by 11/29/2012. (acr) (Entered: 08/31/2012) |
| 08/31/2012 | 5 (2 pgs) | Certificate of Service (RE: related document(s)1 Voluntary Petition (Chapter 13)). Filed by Debtor Syed Mudassir Shah (lub) (Entered: 08/31/2012) |
| 08/31/2012 | | Receipt of Installment Filing Fee for Chapter 13 Voluntary Petition. Amount 65.00 from Syed Mudassir Shah. Receipt Number 50085917. (admin) (Entered: 08/31/2012) |
| 09/02/2012 | 6 (3 pgs) | BNC Certificate of Mailing - Order for Payment of Filing Fees in Installments . (RE: related document(s) 4 Order on Application to Pay Filing Fees in Installments). Notice Date 09/02/2012. (Admin.) (Entered: 09/02/2012) |
| 09/04/2012 | 7 (2 pgs; 2 docs) | Order To File Required Documents and Notice Regarding Dismissal . (kd) (Entered: 09/04/2012) |
| 09/04/2012 | 8 (2 pgs; 2 docs) | Order Providing for Dismissal for Failure to File Chapter 13 Plan . (kd) (Entered: 09/04/2012) |
| 09/06/2012 | 9 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 7 Order to File Missing Documents). Notice Date 09/06/2012. (Admin.) (Entered: 09/06/2012) |
| 09/06/2012 | 10 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 8 Order Providing for Dismissal). Notice Date 09/06/2012. (Admin.) (Entered: 09/06/2012) |
| 09/14/2012 | 11 (1 pg) | Notice of Appearance and Request for Notice . Filed by Creditor Santa Clara County Department Of Child Support Services (lub) (Entered: 09/14/2012) |
| 09/14/2012 | 12 (2 pgs) | Motion to Extend Time. Filed by Debtor Syed Mudassir Shah (lub) (Entered: 09/14/2012) |

| | | |
|---|---|---|
| 09/14/2012 | [13](#) (2 pgs) | Certificate of Service (RE: related document(s)12 Motion to Extend Time). Filed by Debtor Syed Mudassir Shah (lub) (Entered: 09/14/2012) |
| 09/17/2012 | [14](#) (6 pgs; 4 docs) | Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 10/15/2012 at 01:30 PM San Jose Room 130 Objection to Dischargeability due by 12/14/2012 Proofs of Claims due by 1/14/2013 Last day to object to confirmation is 10/15/2012 **Confirmation Hearing scheduled for 11/6/2012 at 02:30 PM at San Jose Courtroom 3020 - Weissbrodt.** (Derham-Burk, Devin (co)) (Entered: 09/17/2012) |
| 09/18/2012 | [15](#) (3 pgs; 2 docs) | Order Granting Motion to Extend Time (Related Doc # [12](#)) Chapter 13 Plan due by 10/1/2012 for [1](#), (lub) (Entered: 09/18/2012) |
| 09/19/2012 | [16](#) (5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) [14](#) Meeting of Creditors Chapter 13). Notice Date 09/19/2012. (Admin.) (Entered: 09/19/2012) |
| 09/19/2012 | [17](#) (3 pgs) | BNC Certificate of Mailing - Chapter 13 Plan. (RE: related document(s) [14](#) Meeting of Creditors Chapter 13). Notice Date 09/19/2012. (Admin.) (Entered: 09/19/2012) |
| 09/20/2012 | [18](#) (4 pgs) | BNC Certificate of Mailing (RE: related document(s) [15](#) Order on Motion to Extend Time). Notice Date 09/20/2012. (Admin.) (Entered: 09/20/2012) |
| 09/27/2012 | [19](#) (2 pgs) | Chapter 13 Plan Filed by Debtor Syed Mudassir Shah (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Syed Mudassir Shah). (lub) (Entered: 09/28/2012) |
| 09/27/2012 | [20](#) (2 pgs) | Certificate of Service (RE: related document(s)19 Chapter 13 Plan). Filed by Debtor Syed Mudassir Shah (lub) (Entered: 09/28/2012) |
| 10/08/2012 | [21](#) (4 pgs; 2 docs) | Objection to Confirmation of Plan Filed by Creditor SFG Income Fund VI, LLC (Attachments: # [1](#) Certificate of Service) (Estle, Mark) (Entered: 10/08/2012) |
| | [22](#) | Notice of Continuance of Meeting of Creditors |

| Date | Doc | Description |
|---|---|---|
| 10/18/2012 | (2 pgs) | *Statement Adjourning 341(a) Meeting of Creditors with Certificate of Service.* (Derham-Burk, Devin (harbor)) (Entered: 10/18/2012) |
| 10/19/2012 | | Meeting of Creditors Held. on 10/15/2012; 341 continued to 12/17/2012 at 3:30 PM; Confirmation Hearing set for 11/6/2012. (Derham-Burk, Devin (tg)) (Entered: 10/19/2012) |
| 10/25/2012 | | Receipt of Installment Filing Fee for Chapter 13 Voluntary Petition. Amount 145.00 from Syed Mudassir Shah. Receipt Number 50086577. (admin) (Entered: 10/25/2012) |
| 10/30/2012 | [23](#) (4 pgs; 4 docs) | Trustee's Statement of Non-Readiness for Confirmation: The trustee has determined this case is to be placed on the trustee's pending list and it will not be confirmed at the original confirmation hearing . (Derham-Burk, Devin (harbor)) (Entered: 10/30/2012) |
| 10/31/2012 | [24](#) (80 pgs; 7 docs) | Motion for Relief from Stay RS #MDE-1133, Fee Amount $176, Filed by Creditor SFG Income Fund VI, LLC (Attachments: # [1](#) Relief from Stay Cover Sheet# [2](#) Certificate of Service # [3](#) Declaration # [4](#) Exhibit 1-4# [5](#) Exhibit 5-6# [6](#) Exhibit 7) (Estle, Mark) (Entered: 10/31/2012) |
| 10/31/2012 | [25](#) (2 pgs) | Notice of Hearing (RE: related document(s)[24](#) Motion for Relief from Stay RS #MDE-1133, Fee Amount $176, Filed by Creditor SFG Income Fund VI, LLC). **Hearing scheduled for 11/14/2012 at 02:30 PM at San Jose Courtroom 3020 - Weissbrodt.** Filed by Creditor SFG Income Fund VI, LLC (Estle, Mark) (Entered: 10/31/2012) |
| 10/31/2012 | | Receipt of filing fee for Motion for Relief From Stay (12-56457) [motion,mrlfsty] ( 176.00). Receipt number 18133171, amount $ 176.00 (U.S. Treasury) (Entered: 10/31/2012) |
| 11/01/2012 | [26](#) (3 pgs) | BNC Certificate of Mailing (RE: related document (s) [23](#) Trustee's Statement of Non-Readiness for Confirmation). Notice Date 11/01/2012. (Admin.) (Entered: 11/01/2012) |
| | [27](#) (3 pgs) | BNC Certificate of Mailing (RE: related document (s) [23](#) Trustee's Statement of Non-Readiness for |

| | | |
|---|---|---|
| 11/01/2012 | | Confirmation). Notice Date 11/01/2012. (Admin.) (Entered: 11/01/2012) |
| 11/06/2012 | | Hearing Held. Case has been placed on the trustee's pending list. (bg) (Entered: 11/06/2012) |
| 11/13/2012 | 28 (6 pgs) | Memorandum of Points and Authorities in support of (RE: related document(s)24 Motion for Relief From Stay). Filed by Debtor Syed Mudassir Shah (lub) (Entered: 11/13/2012) |
| 11/13/2012 | 29 (66 pgs; 4 docs) | Exhibits (RE: related document(s)28 Memo of Points & Authorities). Filed by Debtor Syed Mudassir Shah (Attachments: # 1 Appendix # 2 Appendix # 3 Appendix) (lub) (Entered: 11/13/2012) |
| 11/13/2012 | 30 (2 pgs) | Certificate of Service (RE: related document(s)28 Memo of Points & Authorities, 29 Exhibit). Filed by Debtor Syed Mudassir Shah (lub) (Entered: 11/13/2012) |
| 11/14/2012 | | Hearing Continued (related document(s): 24 Motion for Relief From Stay filed by SFG Income Fund VI, LLC) **Hearing scheduled for 03/01/2013 at 02:15 PM at San Jose Courtroom 3020 - Weissbrodt.** The debtor shall pay $2,500.00 for December, January, and February. The payments are due on the 15th of each month. There shall be a 10-day notice to cure default, if not cured, relief may be granted. The creditor shall provide a new loan modification packet to the debtor. Within 30 days of receiving a new loan modification packet, the debtor shall submit a new loan modification application. (bg ) (Entered: 11/15/2012) |
| 11/19/2012 | 31 (4 pgs; 2 docs) | Notice of Continued Hearing *on Motion for Relief from Automatic Stay* (RE: related document(s)24 Motion for Relief from Stay RS #MDE-1133, Fee Amount $176, Filed by Creditor SFG Income Fund VI, LLC). **Hearing scheduled for 3/1/2013 at 02:15 PM San Jose Courtroom 3020 - Weissbrodt for 24,.** Filed by Creditor SFG Income Fund VI, LLC (Attachments: # 1 Certificate of Service) (Estle, Mark) (Entered: 11/19/2012) |
| 11/19/2012 | 32 (4 pgs) | Objection to Confirmation of Chapter 13 Plan *with Certificate of Service*. (Derham-Burk, Devin |

| Date | Doc # | Description |
|---|---|---|
| 11/20/2012 | | (harbor)) (Entered: 11/20/2012) |
| 11/26/2012 | 33 (25 pgs) | Summary of Schedules, Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule I, Schedule J, Statement of Financial Affairs Filed by Debtor Syed Mudassir Shah (yw) (Entered: 11/26/2012) |
| 11/26/2012 | 34 (1 pg) | Certificate of Credit Counseling Filed by Debtor Syed Mudassir Shah (yw) (Entered: 11/26/2012) |
| 11/26/2012 | 35 (4 pgs) | Declaration of Syed Mudassir Shah (RE: related document(s) Hearing Continued/Rescheduled). Filed by Debtor Syed Mudassir Shah (lub) (Entered: 11/27/2012) |
| 11/27/2012 | 36 (2 pgs) | Certificate of Service (RE: related document(s)35 Declaration). Filed by Debtor Syed Mudassir Shah (lub) (Entered: 11/27/2012) |
| 11/30/2012 | 37 (2 pgs; 2 docs) | Order and Notice Regarding Failure to Pay Filing Fees (RE: related document(s)4 Order on Application to Pay Filing Fees in Installments). Non-Compliance (Payments) due by 12/14/2012. (lub) (Entered: 11/30/2012) |
| 11/30/2012 | 38 (2 pgs) | Certificate of Service *(Proposed Interim Order)* (RE: related document(s)24 Motion for Relief From Stay). Filed by Creditor SFG Income Fund VI, LLC (Estle, Mark) (Entered: 11/30/2012) |
| 12/02/2012 | 39 (3 pgs) | BNC Certificate of Mailing - Fail to Pay Filing Fees. (RE: related document(s) 37 Order to Pay Filing Fees). Notice Date 12/02/2012. (Admin.) (Entered: 12/02/2012) |
| 12/03/2012 | 40 (4 pgs; 2 docs) | Order Temporarily Granting in part, Denying in part Motion for Relief From Stay (Related Doc # 24) (lub) (Entered: 12/03/2012) |
| 12/05/2012 | 41 (5 pgs) | BNC Certificate of Mailing (RE: related document(s) 40 Order on Motion for Relief From Stay). Notice Date 12/05/2012. (Admin.) (Entered: 12/05/2012) |
| | | Receipt of Installment Filing Fee for Chapter 13 Voluntary Petition. Amount 71.00 from Syed |

| Date | Doc # | Description |
|---|---|---|
| 12/11/2012 | | Mudassir Shah. Receipt Number 50087084. (admin) (Entered: 12/11/2012) |
| 12/18/2012 | 42 (2 pgs) | Notice of Continuance of Meeting of Creditors *Statement Adjourning 341(a) Meeting of Creditors with Certificate of Service*. (Derham-Burk, Devin (harbor)) (Entered: 12/18/2012) |
| 12/20/2012 | | Meeting of Creditors Held. *on 12/17/2012; 341 continued to 2/20/2013 at 2:30 PM; TPL*. (Derham-Burk, Devin (tg)) (Entered: 12/20/2012) |
| 01/14/2013 | 43 (9 pgs) | Document: *Proof of Claim*. Filed by Attorney BVS, Inc., dba CAL HOMES, and PADMA CHARI (Flegel, Nicolas)ERROR: WRONG EVENT SELECTED; PLEASE USE CORRECT EVENT AND RE-FILE AS A PROOF OF CLAIM. Modified on 1/15/2013 (lub). (Entered: 01/14/2013) |
| 02/21/2013 | 44 (2 pgs) | Notice of Continuance of Meeting of Creditors *Statement Adjourning 341(a) Meeting of Creditors with Certificate of Service*. (Derham-Burk, Devin (harbor)) (Entered: 02/21/2013) |
| 02/22/2013 | | Meeting of Creditors Held. *on 2/20/2013; 341 continued to 4/15/2013 at 2:30 PM; TPL*. (Derham-Burk, Devin (tg)) (Entered: 02/22/2013) |
| 02/26/2013 | 45 (2 pgs; 2 docs) | Order and Notice of Dismissal for Failure to Comply (RE: related document(s)15Order Granting Motion to Extend Time ((lub) (Entered: 02/26/2013) |
| 02/28/2013 | 46 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 45 Order and Notice of Dismissal for Failure to Comply). Notice Date 02/28/2013. (Admin.) (Entered: 02/28/2013) |
| 03/01/2013 | | Hearing Held (related document(s): 24 Motion for Relief From Stay filed by SFG Income Fund VI, LLC) The case was dismissed on 2/26/13. The motion is moot. (bg ) (Entered: 03/01/2013) |
| 04/10/2013 | 47 (3 pgs) | Chapter 13 Trustee Final Report and Account. (Derham-Burk, Devin (harbor)) (Entered: 04/10/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/23/2013 17:16:55 | | | |
| PACER Login: | th3803 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 12-56457 Fil or Ent: filed From: 2/22/2000 To: 4/23/2013 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 4 | Cost: | 0.40 |

FeeDueINST, PlnDue, DebtEd, DISMISSED

# U.S. Bankruptcy Court
## Northern District of California (San Jose)
### Bankruptcy Petition #: 13-51263

| | |
|---|---|
| *Assigned to:* Judge Arthur S. Weissbrodt | *Date filed:* 03/05/2013 |
| Chapter 13 | *Debtor dismissed:* 04/10/2013 |
| Voluntary | *341 meeting:* 04/22/2013 |
| Asset | |

*Debtor*
**Syed Mudassir Shah**
2598 Glen Dundee Court
San Jose, CA 95148
SANTA CLARA-CA
SSN / ITIN: xxx-xx-7535

represented by **Syed Mudassir Shah**
PRO SE

*Trustee*
**Devin Derham-Burk**
P.O. Box 50013
San Jose, CA 95150-0013
(408) 354-4413

*U.S. Trustee*
**Office of the U.S. Trustee / SJ**
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004
( )

| Filing Date | # | Docket Text |
|---|---|---|
| 03/05/2013 | 1 (7 pgs) | Chapter 13 Voluntary Petition, Fee Amount $65.00. Filed by Syed Mudassir Shah . Section 521 Filings due by 4/19/2013. Order Meeting of Creditors due by 4/4/2013. Chapter 13 Plan due by 3/19/2013. (cvt) CORRECTIVE ENTRY: COURT TERMINATED AND REMOVED INCOMPLETE FILINGS DUE DEADLINE FROM DOCKET TEXT. Modified on 3/6/2013 (rdr). (Entered: 03/05/2013) |
| 03/05/2013 | 2 (1 pg) | Certificate of Credit Counseling Filed by Debtor Syed Mudassir Shah (cvt) (Entered: 03/05/2013) |

**Exhibit 2**

| | | |
|---|---|---|
| 03/05/2013 | | Receipt of Installment Filing Fee for Chapter 13 Voluntary Petition. Amount 65.00 from Syed Mudassir Shah. Receipt Number 50087921. (admin) (Entered: 03/05/2013) |
| 03/06/2013 | 3 (2 pgs; 2 docs) | Order To File Required Documents and Notice Regarding Dismissal (rdr) (Entered: 03/06/2013) |
| 03/06/2013 | 4 (2 pgs; 2 docs) | Notice of Failure to Provide Debtor's Social Security Number . Social Security Form due by 3/18/2013. (rdr) (Entered: 03/06/2013) |
| 03/06/2013 | 5 (2 pgs; 2 docs) | Order Providing for Dismissal for Failure to File Chapter 13 Plan (rdr) (Entered: 03/06/2013) |
| 03/06/2013 | 6 | Statement of Social Security Number. (RE: related document(s)4 Notice of Failure to Provide SSN). Filed by Debtor Syed Mudassir Shah (rdr) (Entered: 03/06/2013) |
| 03/06/2013 | 7 (1 pg) | Application to Pay Filing Fee in Installments Filed by Debtor Syed Mudassir Shah (rdr) (Entered: 03/06/2013) |
| 03/06/2013 | 8 (2 pgs; 2 docs) | Order Granting Application To Pay Filing Fees In Installments. (Related Doc # 7). Second Installment Payment due by 4/5/2013. Third Installment Payment due by 5/6/2013. Final Installment Payment due by 6/4/2013. (rdr) (Entered: 03/06/2013) |
| 03/08/2013 | 9 (3 pgs) | BNC Certificate of Mailing - Notice of Failure to Provide Debtor's Social Security Number (RE: related document(s) 4 Notice of Failure to Provide SSN). Notice Date 03/08/2013. (Admin.) (Entered: 03/08/2013) |
| 03/08/2013 | 10 (3 pgs) | BNC Certificate of Mailing - Order for Payment of Filing Fees in Installments . (RE: related document(s) 8 Order on Application to Pay Filing Fees in Installments). Notice Date 03/08/2013. (Admin.) (Entered: 03/08/2013) |
| 03/08/2013 | 11 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 3 Order to File Missing Documents). Notice Date 03/08/2013. (Admin.) (Entered: 03/08/2013) |

| | | |
|---|---|---|
| 03/08/2013 | 12 (3 pgs) | BNC Certificate of Mailing (RE: related document(s) 5 Order Providing for Dismissal). Notice Date 03/08/2013. (Admin.) (Entered: 03/08/2013) |
| 03/20/2013 | 13 (2 pgs) | Motion to Extend Time to File Required Documents. Filed by Debtor Syed Mudassir Shah (yw) (Entered: 03/20/2013) |
| 03/20/2013 | 14 (2 pgs) | Certificate of Service (RE: related document(s)13 Motion to Extend Time). Filed by Debtor Syed Mudassir Shah (yw) (Entered: 03/20/2013) |
| 03/20/2013 | 15 (2 pgs) | Certificate of Service (RE: related document(s)1 Voluntary Petition (Chapter 13)). Filed by Debtor Syed Mudassir Shah (yw) (Entered: 03/20/2013) |
| 03/21/2013 | 16 (3 pgs; 2 docs) | Order Granting Motion to Extend Time (Related Doc # 13) Chapter 13 Plan due by 4/8/2013 for 1, (rdr) (Entered: 03/21/2013) |
| 03/23/2013 | 17 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 16 Order on Motion to Extend Time). Notice Date 03/23/2013. (Admin.) (Entered: 03/23/2013) |
| 03/25/2013 | 18 (6 pgs; 4 docs) | Meeting of Creditors with Certificate of Service. 341(a) meeting to be held on 4/22/2013 at 03:30 PM San Jose Room 130 Objection to Dischargeability due by 6/21/2013 Proofs of Claims due by 7/22/2013 **Confirmation Hearing scheduled for 5/7/2013 at 02:15 PM at San Jose Courtroom 3020 - Weissbrodt.** (Derham-Burk, Devin (co)) (Entered: 03/25/2013) |
| 03/27/2013 | 19 (5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 18 Meeting of Creditors Chapter 13). Notice Date 03/27/2013. (Admin.) (Entered: 03/27/2013) |
| 03/27/2013 | 20 (3 pgs) | BNC Certificate of Mailing - Chapter 13 Plan. (RE: related document(s) 18 Meeting of Creditors Chapter 13). Notice Date 03/27/2013. (Admin.) (Entered: 03/27/2013) |
| 04/05/2013 | 21 (2 pgs) | Notice of Appearance and Request for Notice by Michael Mears . (rdr) (Entered: 04/05/2013) |
| | 22 | Motion for Relief from Stay *RE: 2598 Glen Dundee* |

| | | |
|---|---|---|
| 04/05/2013 | (45 pgs; 4 docs) | *Ct., San Jose, CA 95148* RS #MDE-1185, Fee Amount $176, Filed by Creditor SFG Income Fund VI, LLC (Attachments: # 1 RS Cover Sheet # 2 Declaration # 3 Exhibit) (Estle, Mark) (Entered: 04/05/2013) |
| 04/05/2013 | 23 (2 pgs) | Notice of Hearing *on Motion for Relief from Automatic Stay* (RE: related document(s)22 Motion for Relief from Stay *RE: 2598 Glen Dundee Ct., San Jose, CA 95148* RS #MDE-1185, Fee Amount $176, Filed by Creditor SFG Income Fund VI, LLC). **Hearing scheduled for 4/24/2013 at 02:30 PM at San Jose Courtroom 3020 - Weissbrodt.** Filed by Creditor SFG Income Fund VI, LLC (Estle, Mark) (Entered: 04/05/2013) |
| 04/05/2013 | 24 (2 pgs) | Certificate of Service (RE: related document(s)22 Motion for Relief From Stay, 23 Notice of Hearing). Filed by Creditor SFG Income Fund VI, LLC (Estle, Mark) (Entered: 04/05/2013) |
| 04/05/2013 | | Receipt of filing fee for Motion for Relief From Stay (13-51263) [motion,mrlfsty] ( 176.00). Receipt number 19533959, amount $ 176.00 (U.S. Treasury) (Entered: 04/05/2013) |
| 04/10/2013 | 25 (2 pgs; 2 docs) | Order and Notice of Dismissal for Failure to Comply (RE: related document(s)16 Order on Motion to Extend Time). (yw) (Entered: 04/10/2013) |
| 04/12/2013 | 26 (3 pgs) | BNC Certificate of Mailing - Order and Notice of Dismissal for Failure to Comply. (RE: related document(s) 25 Order and Notice of Dismissal for Failure to Comply). Notice Date 04/12/2013. (Admin.) (Entered: 04/12/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/23/2013 17:17:00 | | | |
| PACER Login: | th3803 | Client Code: | |
| | Docket | Search | 13-51263 Fil or Ent: filed From: 2/22/2000 To: 4/23/2013 Doc From: |

| Description: | Report | Criteria: | 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.20 |